**August Block, appellee, v. Chicago Railways Company et al., on appeal of Chicago Railways Company, appellant. Gen. No. 24,261.**

Action by street sweeper to recover for personal injuries sustained in collision with a street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of facts. Opinion filed March 18, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Charles LeRoy Brown, for appellant; John R. Guilliams and Frank-

lin B. Hussey, of counsel. A. H. Ranes and Corinne L. Rice, for appellee.

Mr. Justice Matchett delivered the opinion of the court.